UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CONRRIQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No.   1:24-cv-00575-EPG<br><br>ORDER REGARDING NOTICE OF SETTLEMENT<br><br>(ECF No. 10) |

In this removed case, Plaintiff alleges breach of warranty claims under the Song-Beverly Act relating to purported defects in a vehicle. (ECF No. 1-2). On August 1, 2024, the parties filed a notice of settlement, stating as follows:

> **PLEASE TAKE NOTICE** that Plaintiff, MONICA CONRRIQUEZ, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.
>
> Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.
>
> Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

(ECF No. 10, p. 2).

To the extent the parties are asking this Court to dismiss this action now without

1

prejudice, but to also retain jurisdiction until their settlement is finalized, and later dismiss the case with prejudice, the request is denied.

However, in light of the parties' notice of intended settlement, the Court will vacate all pending deadlines and set a deadline for the parties to submit their final stipulation of dismissal with prejudice, after which the Court will dismiss the case with prejudice.

Accordingly, IT IS ORDERED as follows:

1. In light of the parties' notice of settlement, the Court vacates any and all deadlines and hearings currently pending before the Court, including the scheduling conference set for September 5, 2024, at 11 a.m. (ECF No. 9).
2. The parties shall file their stipulation of dismissal of the entire action with prejudice by no later than November 4, 2024.

IT IS SO ORDERED.

Dated:   **August 2, 2024**              /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE