UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CONRRIQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 1:24-cv-00575-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 19). |

On December 20, 2024, the parties filed a joint stipulation dismissing this action with prejudice.[1] (ECF No. 19). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Pursuant to the parties' stipulation, "the Court [will] continue to retain jurisdiction over the terms of the [p]arties' settlement agreement." (*Id.* at 2).

Accordingly, the Clerk of Court is directed to terminate any and all pending dates, deadlines, and motions and to thereafter close this case.

IT IS SO ORDERED.

Dated: **December 23, 2024**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] What appears to be an identical document, though labeled (likely mistakenly) as a motion to dismiss, was also filed on December 20, 2024. (ECF No. 18).

1